UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00068 |
| v. | ) | Judge Nixon |
| | ) | |
| MARIO FREDERICK | ) | |

## JOINT MOTION TO CONTINUE REVOCATION HEARING

The defendant, Mario Frederick, and the United States, with the concurrence of the United States Probation Office, jointly move the Court to continue the supervised release revocation hearing in this case, presently set for September 27, 2012, for approximately 30 days. The parties require additional time to investigate options for dealing with Mr. Frederick's case.

Respectfully submitted,

s/ Isaiah S. Gant
Assistant Federal Public Defender
Attorney for Mario Frederick
800 Broadway
Suite 200
Nashville, Tennessee 37203
Telephone: 615-736-5047

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: s/ William L. Deneke
Assistant United States Attorney
2012-961 U.S. Courthouse
110 9th Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151

*Granted. Re-set for November 1, 2012 at 9:00 a.m.* [handwritten annotation with signature]